■ In the Matter of ROSEMARY RAGONE, Appellant. PETER PALMISANO, Respondent.—In a proceeding to change the surname of a child, the appeal is from an order of the Supreme Court, Westchester County, entered August 1, 1977, which denied the petition. Order affirmed, without costs or disbursements. On the facts as they presently exist, we find that the name of the child need not be changed. Gulotta, J. P., Shapiro, Cohalan and Margett, JJ., concur.